B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RUKUJZO, MICHAEL J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2527** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24117 Brown Ln.,**<br>**Plainfield, IL**<br><br>ZIP Code **60586** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. | |

| Filing Fee (Check one box) | Chapter 11 Debtors | |
|---|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                            Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RUKUJZO, MICHAEL J.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Marc D. Sherman**                    **August 12, 2011**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Marc D. Sherman 6192538IL** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RUKUJZO, MICHAEL J.** |

### Signatures

<table>
<tr><td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td><td><b>Signature of a Foreign Representative</b></td></tr>
</table>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ MICHAEL J. RUKUJZO**
Signature of Debtor  **MICHAEL J. RUKUJZO**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 12, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Marc D. Sherman**
Signature of Attorney for Debtor(s)

**Marc D. Sherman 6192538IL**
Printed Name of Attorney for Debtor(s)

**Marc D. Sherman & Associates, P.C.**
Firm Name

**3700 W. Devon,  Ste. E**
**Lincolnwood, IL 60712**

_____
Address

**Email: marc@mshermanlawoffices.com**
**(847) 674-8756  Fax: (847) 982-9386**
Telephone Number

**August 12, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **MICHAEL J. RUKUJZO**

Debtor(s)

Case No.

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                        Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ MICHAEL J. RUKUJZO**
                        **MICHAEL J. RUKUJZO**

Date:  **August 12, 2011**

B6F (Official Form 6F) (12/07)

In re   **MICHAEL J. RUKUJZO**                                    , Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Advisory Financial Consultants Inc c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Alyce Johnson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Guaranty of unsecured loan to The Financial Networks Group LLC, modified in 2011 | | | | |
| American Chartered Bank 1199 E Higgins Rd Schaumburg, IL 60173 | | H | | | | | | | 72,709.73 |
| Account No. xxxx 2-62001 | | | | | Charges on open account 2011 and prior | | | | |
| American Express PO Box 981535 El Paso, TX 79998 | | H | | | | | | | 30,334.45 |

|  | Subtotal (Total of this page) | 103,044.18 |
|---|---|---|

__18__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx 9-23005**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | | H | | Charges on open account 2011 and prior | | | | **4,147.24** |
| Account No.<br><br>**Andrew Balistreri**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | | Claim asserted against Traderight Securities and officers and agents relating to alleged negligence, breach of duty, securities violations, fraud and other claims | | | X | **Unknown** |
| Account No.<br><br>**Anita Robertson**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.<br><br>**Ann Solomon**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.<br><br>**Ardeth Ullman**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |

Sheet no. __1___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,147.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MICHAEL J. RUKUJZO**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6501 0023 1246 73**<br><br>**Bank of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850** | | H | Installment loan | | | | 43,117.00 |
| Account No.<br><br>**Barbara Grant**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No.<br><br>**Beuleah Flood**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No.<br><br>**Bob Torn**<br>**1508 Oak Tree Ln**<br>**Cedar Park, TX 78613** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No.<br><br>**Carmen Yaskewich**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          43,117.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Carol Brochini** c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. **Cary Tremewan** c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. **Catherine Hanoum** c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. **4197 0006 3594** **Chase** PO Box 15298 Wilmington, DE 19850 | | H | Charges on open account 2011 and prior | | | | 18,737.00 |
| Account No. **5369 9003 4304 8406** **Chase** PO Box 15298 Wilmington, DE 19850 | | H | Charges on open account 2011 and prior | | | | 12,604.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      31,341.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4417 1288 6410 6008**<br><br>**Chase**<br>**PO Box 901039**<br>**Fort Worth, TX 76101** | | H | **Charges on open account 2011 and prior** | | | | 6,334.00 |
| Account No.<br><br>**Christopher Wurtzinger**<br>**c/o Andrew May Esq**<br>**3700 W Devon Ave Ste E**<br>**Lincolnwood, IL 60712** | | H | **for information purposes** | | | X | Unknown |
| Account No.<br><br>**Dale Lear**<br>**3012 Blacksmith Ln**<br>**Austin, TX 78748** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |
| Account No.<br><br>**Darlene Harris**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |
| Account No.<br><br>**David Hinkel**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |

Sheet no. __4___ of __18__ sheets attached to Schedule of                              Subtotal                6,334.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **MICHAEL J. RUKUJZO**                                          ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Diane Kinzli c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Donald King c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Doreen Elkins c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Dorothy Jones c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Dr. Alan Disraeli 333 N. Shiloh Rd, #105 Garland, TX 75042 | | H | | | | X | Unknown |

Sheet no. __5___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                            ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dr. Michael Duran <br> 5501 Miramar Lane <br> Colleyville, TX 76034 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | <br><br><br> Unknown |
| Account No. <br><br> Duncan Grant <br> c/o Christopher Mader <br> Baldwin Law Group <br> 530 Oak Grove Ave. Ste 207 <br> Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | <br><br><br> Unknown |
| Account No. <br><br> Dunleavy and Walsh <br> 13116 S. Western Ave <br> Blue Island, IL 60406 | | H | accounting services | | | | <br><br><br> 3,000.00 |
| Account No. <br><br> E. Williams Behrens <br> 635 Lantana <br> Port Aransas, TX 78373 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | <br><br><br> Unknown |
| Account No. <br><br> Ernest Kinzli <br> c/o Christopher Mader <br> Baldwin Law Group <br> 530 Oak Grove Ave. Ste 207 <br> Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | <br><br><br> Unknown |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Everhome Mortgage**<br>**8100 Nations Way**<br>**Jacksonville, FL 32256** | | H | **For possible deficiency relating to mortgage on 1601 S. State condominium** | | | | **Unknown** |
| Account No.<br><br>**Frank Thomas**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**Gary Gilmore**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**Gary Lindquist**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**GE Capital** | | | | | | | **0.00** |

Sheet no. __**7**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL J. RUKUJZO**                                      ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gerald Brochini** <br> **c/o Christopher Mader** <br> **Baldwin Law Group** <br> **530 Oak Grove Ave. Ste 207** <br> **Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. <br><br> **Gilbert Yee** <br> **c/o Christopher Mader** <br> **Baldwin Law Group** <br> **530 Oak Grove Ave. Ste 207** <br> **Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. <br><br> **GMAC Mortgage** <br> **PO Box 4622** <br> **Waterloo, IA 50704** | | J | | | | | 0.00 |
| Account No. <br><br> **Helen Penning** <br> **c/o Christopher Mader** <br> **Baldwin Law Group** <br> **530 Oak Grove Ave. Ste 207** <br> **Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |
| Account No. <br><br> **Herb Lear** <br> **3012 Blacksmith Ln** <br> **Austin, TX 78748** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | Unknown |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Howard Johnson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Irene Yunt c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Jack Darcey c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Jack Jones c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, Ca 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| James Frederick c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**
_____ ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jan Tremewan<br>c/o Christopher Mader<br>Baldwin Law Group<br>530 Oak Grove Ave. Ste 207<br>Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.<br><br>Jimmy Rayford Gibson<br>c/o David Liebrader Esq.<br>Law Offices of David Liebrader<br>601 S Rancho Dr., Ste D-29<br>Las Vegas, NV 89106 | | H | Claim asserted against debtor as an officer/agent of TradeRight Securities for failure to supervise | | | X | **360,000.00** |
| Account No.<br><br>Joan Himes<br>c/o Christopher Mader<br>Baldwin Law Group<br>530 Oak Grove Ave. Ste 207<br>Menlo Park, CA 94025 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.<br><br>John Lohmeier<br>3811 Washington<br>Oak Brook, IL 60523 | | H | for information purposes | | | X | **Unknown** |
| Account No.<br><br>Johnnie Reynolds<br>562 Grandview Dr<br>Corsicana, TX 75109 | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **360,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Judith Perkowski c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Larry Robertson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Linda Cantwell c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Linda Frederick c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | Unknown |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Lynette Heibert Exec. Jean Robinson Est/ c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | Unknown |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **MICHAEL J. RUKUJZO**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Mary Louise Schuster c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Mavis Muller c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | legal services 2011 and prior | | | | |
| May Law PC 3700 W Devon Ave #E Lincolnwood, IL 60712 | | H | | | | | | 15,126.00 |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Michelle Gilmore c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |
| Account No. | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Michiko Yee c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | X | Unknown |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          15,126.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mr. Les Taub<br>14913 Bellbrook Dr<br>Dallas, TX 75254** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**Mrs. Les Taub<br>14913 Bellbrook Dr<br>Dallas, TX 75254** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**NDX Trading<br>c/o Andrew May Esq<br>3700 W Devon Ave Ste E<br>Lincolnwood   60712** | | H | **for information purposes** | | | X | **Unknown** |
| Account No.<br><br>**Nick Mallouf<br>9450 E. Valley Ranch Pkwy #1015<br>Irving, TX 75063** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No.<br><br>**Osias Blum<br>7207 Lakewood Blvd<br>Dallas, TX 75214** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL J. RUKUJZO** _____,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Pamela Sanderson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | **Unknown** |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Patricia Darcey c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | **Unknown** |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Patricia King c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | **Unknown** |
| Account No. | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| **Pauline Ghazaleh c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Pitney Bowes** | | | | | | | **0.00** |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                                              ,   Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PNC Record Services 4100 W 150th St B7-YB17-01-C Cleveland, OH 44135** | | H | | | | | **Unknown** |
| Account No. **Raymond Elkins c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | **Unknown** |
| Account No. **Rebecca Townshend 5149 Grand Ave Downers Grove, IL 60515** | | H | **for information purposes** | | | X | **Unknown** |
| Account No. **Richard G Kirschman IRA c/o David Liebrader Esq. Law Offices of David Liebrader 601 S Rancho Dr., Ste D-29 Las Vegas, NV 89106** | | H | **Claim asserted against Traderight Securities and its officers/agents as 'responsible parties' for failure to supervise and respondeat superior, negligence and Wisc State law violations** | | | X | **Unknown** |
| Account No. **Richard G Kirschman Trust c/o David Liebrader Esq. Law Offices of David Liebrader 601 S Rancho Dr., Ste D-29 Las Vegas, NV 89106** | | H | **Claim asserted against Traderight Securities and its officers/agents as 'responsible parties' for failure to supervise and respondeat superior, negligence and Wisc State law violations** | | | X | **Unknown** |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                    ,    Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **RJL Investments** | | | For possible deficiency relating to mortgage on 1601 S. State condominium | | | | **21,000.00** |
| Account No.  **Robert Thomas c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.  **Rodney Sekimoto c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |
| Account No.  **Ruthe Gomez c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | Claim asserted against Traderight Securities and its officers/agents as 'responsible parties' for failure to supervise and respondeat superior, negligence and Wisc State law violations | | | X | **Unknown** |
| Account No.  **Sharon Isbell c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025** | | H | Claim asserted in FINRA Dispute Resolution forum | | | X | **Unknown** |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL J. RUKUJZO**                                         ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Sharon Senning c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Claim asserted against Traderight Corporation and its officers/agents for alleged negligence and other | | | | |
| Sheila Balistreri c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Shirley Thompson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| Suzanne Bittrolff c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | H | | | | | | X | Unknown |
| Account No. | | | | | Claim asserted in FINRA Dispute Resolution forum | | | | |
| The Carolyn V Lear Irrevoc Tr 3012 Blacksmith Ln Austin, TX 78748 | | H | | | | | | X | Unknown |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                            **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL J. RUKUJZO**                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thomas Morrow**<br>**106 Colony Way East**<br>**Jupiter, FL 33458** | | H | **2009 Promissory Note related to 1001 E Chicago Condo LLC; claimant may assert personal responsibility** | | | | 13,000.00 |
| Account No.<br><br>**Vedder Price**<br>**222 N LaSalle St**<br>**Chicago, IL 60601** | | H | legal services 2011 and prior | | | | 32,500.00 |
| Account No.<br><br>**Vincent Cantwell**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |
| Account No.<br><br>**Virginia Thomas**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, Ca 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |
| Account No.<br><br>**Zelda Thomas**<br>**c/o Christopher Mader**<br>**Baldwin Law Group**<br>**530 Oak Grove Ave. Ste 207**<br>**Menlo Park, CA 94025** | | H | **Claim asserted in FINRA Dispute Resolution forum** | | | X | Unknown |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 45,500.00 |
| Total (Report on Summary of Schedules) | 632,609.42 |

.

Advisory Financial Consultants Inc
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Alyce Johnson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


American Chartered Bank


American Chartered Bank
1199 E Higgins Rd
Schaumburg, IL 60173


American Express
PO Box 981535
El Paso, TX 79998


American Express
PO Box 981535
El Paso, TX 79998


Andrew Balistreri
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Anita Robertson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Ann Solomon
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Ardeth Ullman
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Bank of America
PO Box 17054
Wilmington, DE 19850


Barbara Grant
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Beuleah Flood
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Bob Torn
1508 Oak Tree Ln
Cedar Park, TX 78613


Carmen Yaskewich
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Carol Brochini
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Cary Tremewan
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

```
Catherine Hanoum
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Chase
PO Box 15298
Wilmington, DE 19850


Chase
PO Box 15298
Wilmington, DE 19850


Chase
PO Box 901039
Fort Worth, TX 76101


Christopher Wurtzinger
c/o Andrew May Esq
3700 W Devon Ave Ste E
Lincolnwood, IL 60712


Dale Lear
3012 Blacksmith Ln
Austin, TX 78748


Darlene Harris
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


David Hinkel
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Diane Kinzli
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025
```

```
Donald King
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Doreen Elkins
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Dorothy Jones
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Dr. Alan Disraeli
333 N. Shiloh Rd, #105
Garland, TX 75042


Dr. Michael Duran
5501 Miramar Lane
Colleyville, TX 76034


Duncan Grant
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Dunleavy and Walsh
13116 S. Western Ave
Blue Island, IL 60406


E. Williams Behrens
635 Lantana
Port Aransas, TX 78373


Ernest Kinzli
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025
```

Everhome Mortgage
8100 Nations Way
Jacksonville, FL 32256


Frank Thomas
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Gary Gilmore
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Gary Lindquist
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


GE Capital


George Dragel


Gerald Brochini
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Gilbert Yee
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


GMAC


GMAC

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704

Helen Penning
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Herb Lear
3012 Blacksmith Ln
Austin, TX 78748

Howard Johnson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Irene Yunt
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Jack Darcey
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Jack Jones
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, Ca 94025

James Frederick
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Jan Tremewan
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Jimmy Rayford Gibson
c/o David Liebrader Esq.
Law Offices of David Liebrader
601 S Rancho Dr., Ste D-29
Las Vegas, NV 89106


Joan Himes
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


John Lohmeier
3811 Washington
Oak Brook, IL 60523


Johnnie Reynolds
562 Grandview Dr
Corsicana, TX 75109


Judith Perkowski
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Larry Robertson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Lincolnfare Savings & Loan


Linda Cantwell
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Linda Frederick
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Lynette Heibert Exec. Jean Robinson Est/
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Mary Louise Schuster
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Mavis Muller
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


May Law PC
3700 W Devon Ave #E
Lincolnwood, IL 60712


Michelle Gilmore
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Michiko Yee
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Mr. Les Taub
14913 Bellbrook Dr
Dallas, TX 75254


Mrs. Les Taub
14913 Bellbrook Dr
Dallas, TX 75254

NDX Trading
c/o Andrew May Esq
3700 W Devon Ave Ste E
Lincolnwood 60712


Nick Mallouf
9450 E. Valley Ranch Pkwy #1015
Irving, TX 75063


Osias Blum
7207 Lakewood Blvd
Dallas, TX 75214


Pamela Sanderson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Patricia Darcey
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Patricia King
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Pauline Ghazaleh
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Pitney Bowes


PNC
Record Services
4100 W 150th St
B7-YB17-01-C
Cleveland, OH 44135

Raymond Elkins
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Rebecca Townshend
5149 Grand Ave
Downers Grove, IL 60515


Richard G Kirschman IRA
c/o David Liebrader Esq.
Law Offices of David Liebrader
601 S Rancho Dr., Ste D-29
Las Vegas, NV 89106


Richard G Kirschman Trust
c/o David Liebrader Esq.
Law Offices of David Liebrader
601 S Rancho Dr., Ste D-29
Las Vegas, NV 89106


RJL Investments


Robert Thomas
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Rodney Sekimoto
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Ruthe Gomez
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025

Sharon Isbell
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Sharon Senning
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Sheila Balistreri
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Shirley Thompson
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Suzanne Bittrolff
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


The Carolyn V Lear Irrevoc Tr
3012 Blacksmith Ln
Austin, TX 78748


Thomas Morrow
106 Colony Way East
Jupiter, FL 33458


Toyota Motor Credit


Vedder Price
222 N LaSalle St
Chicago, IL 60601

Vincent Cantwell
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025


Virginia Thomas
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, Ca 94025


Zelda Thomas
c/o Christopher Mader
Baldwin Law Group
530 Oak Grove Ave. Ste 207
Menlo Park, CA 94025