UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
RUKUJZO, MICHAEL J. § Case No. 11-33042
 § 
Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/28/2012 in Courtroom 201,
          United States Courthouse
          57 North Ottawa Street
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2012                    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RUKUJZO, MICHAEL J. § Case No. 11-33042
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.03 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 257.04 | $ 0.00 | $ 257.04 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,607.04 |
| Remaining Balance | $ 4,392.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,382.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 13,405.78 | $ 0.00 | $ 751.33 |
| 000002 | American Express Bank, FSB | $ 4,291.29 | $ 0.00 | $ 240.51 |
| 000003 | American Express Bank, FSB | $ 31,082.85 | $ 0.00 | $ 1,742.05 |
| 000004 | May Law PC | $ 29,602.60 | $ 0.00 | $ 1,659.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,392.99 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                            Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 11-33042-BWB
MICHAEL J. RUKUJZO                                                  Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon              Page 1 of 4                  Date Rcvd: Aug 23, 2012
                              Form ID: pdf006            Total Noticed: 98


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
db           +MICHAEL J. RUKUJZO,    24117 Brown Ln.,,    Plainfield, IL 60586-8495
17663247     +Advisory Financial Consultants Inc,    c/o Christopher Mader,    Baldwin Law Group,
               530 Oak Grove Ave. Ste 207,    Menlo Park, CA 94025-3255
17663248     +Alyce Johnson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663250     +American Chartered Bank,    1199 E Higgins Rd,    Schaumburg, IL 60173-4711
17663251     +American Express,    PO Box 981535,    El Paso, TX 79998-1535
18306613      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17663253     +Andrew Balistreri,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663254     +Anita Robertson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663255     +Ann Solomon,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663256     +Ardeth Ullman,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
18029847     +Atkinson-Banker, Glendale CA,    c/o UMC Commerical Collections,    4074 Mt. Loyal Blvd,
               Allison Park PA 15101-2995
18029840     +Atletic & Therapeutic Institute,    790 Remington Blvd,    Bolingbrook IL 60440-4909
18029846     +Bank of America,    Bankcard Center,    PO Box 982238,    El Paso TX 79998-2238
17663258     +Barbara Grant,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663259     +Beuleah Flood,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663260     +Bob Torn,    1508 Oak Tree Ln,    Cedar Park, TX 78613-3992
17663261     +Carmen Yaskewich,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663262     +Carol Brochini,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663263     +Cary Tremewan,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663264     +Catherine Hanoum,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663265     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17663267     +Chase,    PO Box 901039,    Fort Worth, TX 76101-2039
18285463      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17663268     +Christopher Wurtzinger,    c/o Andrew May Esq,    3700 W Devon Ave Ste E,
               Lincolnwood, IL 60712-1103
17663269     +Dale Lear,    3012 Blacksmith Ln,    Austin, TX 78748-1937
17663270     +Darlene Harris,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663271     +David Hinkel,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663272     +Diane Kinzli,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663273     +Donald King,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663274     +Doreen Elkins,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663275     +Dorothy Jones,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663276     +Dr. Alan Disraeli,    333 N. Shiloh Rd, #105,    Garland, TX 75042-6613
17663277     +Dr. Michael Duran,    5501 Miramar Lane,    Colleyville, TX 76034-5557
17663278     +Duncan Grant,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663279     +Dunleavy and Walsh,    13116 S. Western Ave,    Blue Island, IL 60406-5041
17663280     +E. Williams Behrens,    635 Lantana,    Port Aransas, TX 78373-5306
17663281     +Ernest Kinzli,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663282     #+Everhome Mortgage,    8100 Nations Way,    Jacksonville, FL 32256-4405
17719269     +Forth Group,    22 E Cullerton Ste 1,    Chicago, IL 60616-4877
17663283     +Frank Thomas,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663286     +GE Capital,    PO Box 740423,    Atlanta GA 30374-0423
17663292     +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
17663284     +Gary Gilmore,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663285     +Gary Lindquist,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663288     +Gerald Brochini,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663289     +Gilbert Yee,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
```

```
District/off: 0752-1           User: kseldon              Page 2 of 4                   Date Rcvd: Aug 23, 2012
                               Form ID: pdf006            Total Noticed: 98


17663293     +Helen Penning,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663294     +Herb Lear,    3012 Blacksmith Ln,    Austin, TX 78748-1937
17663295     +Howard Johnson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663296     +Irene Yunt,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663297     +Jack Darcey,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663298     +Jack Jones,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, Ca 94025-3255
17663299     +James Frederick,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663300     +Jan Tremewan,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663301     +Jimmy Rayford Gibson,    c/o David Liebrader Esq.,    Law Offices of David Liebrader,
               601 S Rancho Dr., Ste D-29,    Las Vegas, NV 89106-4827
17663302     +Joan Himes,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663304      Johnnie Reynolds,    562 Grandview Dr,    Corsicana, TX 75109
17663305     +Judith Perkowski,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663306     +Larry Robertson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663308     +Linda Cantwell,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663309     +Linda Frederick,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663310     +Lynette Heibert Exec. Jean Robinson Est/,     c/o Christopher Mader,    Baldwin Law Group,
               530 Oak Grove Ave. Ste 207,    Menlo Park, CA 94025-3255
17663311     +Mary Louise Schuster,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663312     +Mavis Muller,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663313     +May Law PC,    3700 W Devon Ave #E,    Lincolnwood, IL 60712-1103
17663314     +Michelle Gilmore,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663315     +Michiko Yee,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663316     +Mr. Les Taub,    14913 Bellbrook Dr,    Dallas, TX 75254-7673
17663317     +Mrs. Les Taub,    14913 Bellbrook Dr,    Dallas, TX 75254-7673
17663318     +NDX Trading,    c/o Andrew May Esq,    3700 W Devon Ave Ste E,    Lincolnwood    60712-1103
18029841     +Nat’l Athletic Ankle & Foot In,     2425 W. 22nd St, Suite 208,    Oak Brook IL 60523-4654
17663319     +Nick Mallouf,    9450 E. Valley Ranch Pkwy #1015,    Irving, TX 75063-8600
17663320     +Osias Blum,    7207 Lakewood Blvd,    Dallas, TX 75214-3511
17663326     +PNC,   Record Services,    4100 W 150th St,    B7-YB17-01-C,    Cleveland, OH 44135-1304
18029842     +PNC Bank,    PO Box 3429,    Pittsburgh PA 15230-3429
17663321     +Pamela Sanderson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663322     +Patricia Darcey,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663323     +Patricia King,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663324     +Pauline Ghazaleh,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663327     +Raymond Elkins,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663328     +Rebecca Townshend,    5149 Grand Ave,    Downers Grove, IL 60515-5120
17663329     +Richard G Kirschman IRA,    c/o David Liebrader Esq.,    Law Offices of David Liebrader,
               601 S Rancho Dr., Ste D-29,    Las Vegas, NV 89106-4827
17663330     +Richard G Kirschman Trust,    c/o David Liebrader Esq.,    Law Offices of David Liebrader,
               601 S Rancho Dr., Ste D-29,    Las Vegas, NV 89106-4827
17663332     +Robert Thomas,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663333     +Rodney Sekimoto,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663334     +Ruthe Gomez,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663335     +Sharon Isbell,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663336     +Sharon Senning,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663337     +Sheila Balistreri,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663338     +Shirley Thompson,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663339     +Suzanne Bittrolff,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
               Menlo Park, CA 94025-3255
17663340     +The Carolyn V Lear Irrevoc Tr,    3012 Blacksmith Ln,    Austin, TX 78748-1937
17663341     +Thomas Morrow,    6810 Cypress Cove Circle,    Juniper FL 33458-3790
```

```
District/off: 0752-1           User: kseldon              Page 3 of 4                   Date Rcvd: Aug 23, 2012
                               Form ID: pdf006            Total Noticed: 98


17663343      +Vedder Price,    222 N LaSalle St,    Chicago, IL 60601-1104
17663344      +Vincent Cantwell,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
                Menlo Park, CA 94025-3255
17663345      +Virginia Thomas,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
                Menlo Park, Ca 94025-3255
17663346      +Zelda Thomas,    c/o Christopher Mader,    Baldwin Law Group,    530 Oak Grove Ave. Ste 207,
                Menlo Park, CA 94025-3255
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17663325      +E-mail/Text: bankruptcy@pb.com Aug 24 2012 02:36:01     Pitney Bowes,    1 Elmcroft Rd,
                Stamford Ct 06926-0700
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17663249       American Chartered Bank
17663290       GMAC
17663291       GMAC
17663287       George Dragel
17663307       Lincolnfare Savings & Loan
17663331       RJL Investments
17663342       Toyota Motor Credit
17663252*     +American Express,    PO Box 981535,    El Paso, TX 79998-1535
18306614*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17663266*     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
17663257     ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
17663303     ##+John Lohmeier,    3811 Washington,    Oak Brook, IL 60523-2748
                                                                                    TOTALS: 7, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon             Page 4 of 4                  Date Rcvd: Aug 23, 2012
                              Form ID: pdf006           Total Noticed: 98
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2012 at the address(es) listed below:

      Cari A Kauffman    on behalf of Creditor   EverBank ND-Four@il.cslegal.com  
      Marc D Sherman    on behalf of Debtor MICHAEL RUKUJZO marc@mshermanlawoffice.com, info@mshermanlawoffice.com  
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
      Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

                                                                                                     TOTAL: 4