# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
RUKUJZO, MICHAEL J.                       §        Case No. 11-33042
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee
_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advisory Financial Consultants Inc c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Alyce Johnson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | American Chartered Bank 1199 E Higgins Rd Schaumburg, IL 60173 | | | | | |
| | Andrew Balistreri c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Anita Robertson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann Solomon c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Ardeth Ullman c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Bank of America PO Box 17054 Wilmington, DE 19850 | | | | | |
| | Barbara Grant c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Beuleah Flood c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Bob Torn 1508 Oak Tree Ln Cedar Park, TX 78613 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmen Yaskewich c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Carol Brochini c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Cary Tremewan c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Catherine Hanoum c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 901039 Fort Worth, TX 76101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Christopher Wurtzinger c/o Andrew May Esq 3700 W Devon Ave Ste E Lincolnwood, IL 60712 | | | | | |
| | Dale Lear 3012 Blacksmith Ln Austin, TX 78748 | | | | | |
| | Darlene Harris c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | David Hinkel c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Diane Kinzli c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Donald King c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Doreen Elkins c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Dorothy Jones c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Dr. Alan Disraeli 333 N. Shiloh Rd, #105 Garland, TX 75042 | | | | | |
| | Dr. Michael Duran 5501 Miramar Lane Colleyville, TX 76034 | | | | | |
| | Duncan Grant c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Dunleavy and Walsh 13116 S. Western Ave Blue Island, IL 60406 | | | | | |
| | E. Williams Behrens 635 Lantana Port Aransas, TX 78373 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ernest Kinzli c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Everhome Mortgage 8100 Nations Way Jacksonville, FL 32256 | | | | | |
| | Frank Thomas c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | GE Capital | | | | | |
| | GMAC Mortgage PO Box 4622 Waterloo, IA 50704 | | | | | |
| | Gary Gilmore c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Gary Lindquist c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gerald Brochini c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Gilbert Yee c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Helen Penning c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Herb Lear 3012 Blacksmith Ln Austin, TX 78748 | | | | | |
| | Howard Johnson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Irene Yunt c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jack Darcey c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Jack Jones c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, Ca 94025 | | | | | |
| | James Frederick c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Jan Tremewan c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Jimmy Rayford Gibson c/o David Liebrader Esq. Law Offices of David Liebrader 601 S Rancho Dr., Ste D-29 Las Vegas, NV 89106 | | | | | |
| | Joan Himes c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Lohmeier 3811 Washington Oak Brook, IL 60523 | | | | | |
| | Johnnie Reynolds 562 Grandview Dr Corsicana, TX 75109 | | | | | |
| | Judith Perkowski c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Larry Robertson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Linda Cantwell c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Linda Frederick c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lynette Heibert Exec. Jean Robinson Est/ c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Mary Louise Schuster c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Mavis Muller c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Michelle Gilmore c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Michiko Yee c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Mr. Les Taub 14913 Bellbrook Dr Dallas, TX 75254 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mrs. Les Taub 14913 Bellbrook Dr Dallas, TX 75254 | | | | | |
| | NDX Trading c/o Andrew May Esq 3700 W Devon Ave Ste E Lincolnwood 60712 | | | | | |
| | Nick Mallouf 9450 E. Valley Ranch Pkwy #1015 Irving, TX 75063 | | | | | |
| | Osias Blum 7207 Lakewood Blvd Dallas, TX 75214 | | | | | |
| | PNC Record Services 4100 W 150th St B7-YB17-01-C Cleveland, OH 44135 | | | | | |
| | Pamela Sanderson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Patricia Darcey c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patricia King c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Pauline Ghazaleh c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Pitney Bowes | | | | | |
| | RJL Investments | | | | | |
| | Raymond Elkins c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Rebecca Townshend 5149 Grand Ave Downers Grove, IL 60515 | | | | | |
| | Richard G Kirschman IRA c/o David Liebrader Esq. Law Offices of David Liebrader 601 S Rancho Dr., Ste D-29 Las Vegas, NV 89106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard G Kirschman Trust c/o David Liebrader Esq. Law Offices of David Liebrader 601 S Rancho Dr., Ste D-29 Las Vegas, NV 89106 | | | | | |
| | Robert Thomas c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Rodney Sekimoto c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Ruthe Gomez c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Sharon Isbell c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sharon Senning c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Sheila Balistreri c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Shirley Thompson c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Suzanne Bittrolff c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | The Carolyn V Lear Irrevoc Tr 3012 Blacksmith Ln Austin, TX 78748 | | | | | |
| | Thomas Morrow 106 Colony Way East Jupiter, FL 33458 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vedder Price 222 N LaSalle St Chicago, IL 60601 | | | | | |
| | Vincent Cantwell c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| | Virginia Thomas c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, Ca 94025 | | | | | |
| | Zelda Thomas c/o Christopher Mader Baldwin Law Group 530 Oak Grove Ave. Ste 207 Menlo Park, CA 94025 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000004 | MAY LAW PC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 11-33042 | BWB | Judge: BRUCE W. BLACK |
|---|---|---|---|

Case Name:   RUKUJZO, MICHAEL J.

For Period Ending: 12/11/12

Trustee Name:   Peter N. Metrou, Trustee
Date Filed (f) or Converted (c):   08/12/11 (f)
341(a) Meeting Date:   09/07/11
Claims Bar Date:   02/28/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | 24117 Brown Ln., Plainfield, IL Single Family Re | 330,000.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 2. | 1601 S. State St., #6E, rental condominium. Prop | 325,000.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 3. | Cash In Debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 4. | Bank of America, Checking: | 520.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 5. | Standard Bank, Checking: | 140.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 6. | American Chtd. Bank, Checking | 370.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 7. | Bank of America, Checking | 820.00 | Unknown | | 0.00 | Unknown |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 8. | PNC Bank, Checking | 135.00 | Unknown | | 0.00 | Unknown |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 9. | Southwest Securities, bank account | 420.00 | Unknown | | 0.00 | Unknown |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 10. | Misc. items of used household goods and furnishi | 1,250.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 11. | Misc. items of used wearing apparel having no kn | 500.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 12. | Used PC, printer, camera and misc. sporting equi | 200.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 13. | Allstate Life Ins. Co. (universal ins.) no cash | 0.00 | 0.00 | | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

**Exhibit 8**

| | |
|---|---|
| Case No: | 11-33042   BWB   Judge: BRUCE W. BLACK |
| Case Name: | RUKUJZO, MICHAEL J. |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 08/12/11 (f) |
| 341(a) Meeting Date: | 09/07/11 |
| Claims Bar Date: | 02/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Americo/Ohio State Ins. (universal ins.), no cas | 0.00 | 0.00 | | 0.00 | FA |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 15. IRA: Southwest Securities | 6,475.00 | Unknown | | 0.00 | FA |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 16. Southwest Securities, IRA | 25,700.00 | 0.00 | | 0.00 | FA |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 17. Financial Networks Group, LLC, an entity in exis | 580.00 | 435.00 | | 0.00 | 580.00 |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 18. MJR Financial, investment company jointly owned | 0.00 | 0.00 | | 0.00 | 0.00 |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 19. Debtor owns 1/3 of 1001 E. Chicago Condo, LLC wh | 100.00 | 0.00 | | 0.00 | FA |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 20. Traderight Futures, LLC (TIN 90-0193046), not in | 0.00 | Unknown | | 0.00 | Unknown |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 21. 2003 BMW K5, high milage, in fair/poor condition | 4,500.00 | 0.00 | | 0.00 | FA |
|   Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 22. 2006 Toyota Sienna (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
|   Net proceeds for sale of vehicle back to Debtor per court approval. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $696,810.00 | $6,435.00 | | $6,000.03 | $580.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-33042    BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RUKUJZO, MICHAEL J. | Date Filed (f) or Converted (c): | 08/12/11 (f) |
| | | 341(a) Meeting Date: | 09/07/11 |
| | | Claims Bar Date: | 02/28/12 |

Initial Projected Date of Final Report (TFR): 12/01/12          Current Projected Date of Final Report (TFR): 12/01/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-33042 -BWB |
| Case Name: | RUKUJZO, MICHAEL J. |
| | |
| Taxpayer ID No: | *******4008 |
| For Period Ending: | 12/11/12 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******6765  Money Market Account |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/11 | 22 | Marc D. Sherman & Associates, P.C. 3700 W. Devon Avenue, Ste. E Lincolnwood, IL  69712 | Liquidation of Debtor's vehicle not listed on schedules. Sold back to Debtor per Court Order. DEPOSIT CHECK #1299 | 1229-000 | 6,000.00 | | 6,000.00 |
| 01/27/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,000.03 |
| 01/27/12 | | Transfer to Acct #*******4059 | Bank Funds Transfer | 9999-000 | | 6,000.03 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,000.03 | 6,000.03 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,000.03 | |
| Subtotal | 6,000.03 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.03 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 6,000.03 | 6,000.03 |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-33042  -BWB |
| Case Name: | RUKUJZO, MICHAEL J. |

| Taxpayer ID No: | *******4008 |
| For Period Ending: | 12/11/12 |

| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4059  Checking Account |

| Blanket Bond (per case limit): | $ | 0.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******6765 | Bank Funds Transfer | 9999-000 | 6,000.03 | | 6,000.03 |
| 10/23/12 | 001001 | PETER N METROU | Chapter 7 Compensation/Expense | | | 1,607.04 | 4,392.99 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees          1,350.00 | 2100-000 | | | |
| | | | Expenses       257.04 | 2200-000 | | | |
| 10/23/12 | 001002 | Chase Bank USA, N.A. | Claim 000001, Payment 5.60452% | 7100-000 | | 751.33 | 3,641.66 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 10/23/12 | 001003 | American Express Bank, FSB | Claim 000002, Payment 5.60461% | 7100-000 | | 240.51 | 3,401.15 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 10/23/12 | 001004 | American Express Bank, FSB | Claim 000003, Payment 5.60454% | 7100-000 | | 1,742.05 | 1,659.10 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 10/23/12 | 001005 | May Law PC | Claim 000004, Payment 5.60458% | 7100-000 | | 1,659.10 | 0.00 |
| | | 3700 W Devon Ave #E | | | | | |
| | | Lincolnwood, IL 60712 | | | | | |

| | Page Subtotals | 6,000.03 | 6,000.03 |

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-33042 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RUKUJZO, MICHAEL J. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4059 Checking Account |
| Taxpayer ID No: | *******4008 | | |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $    0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.03 | 6,000.03 | 0.00 |
| Less:  Bank Transfers/CD's | 6,000.03 | 0.00 | |
| Subtotal | 0.00 | 6,000.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,000.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******6765 | 6,000.03 | 0.00 | 0.00 |
| Checking Account - ********4059 | 0.00 | 6,000.03 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,000.03 | 6,000.03 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.00b